| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Gallus Detox Services, Inc. |
| United States Bankruptcy Court for the: | DISTRICT OF COLORADO |
| Case number (if known): | 23-15280 |

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Walter van Woudenberg c/o Chasefield Capital 900 South Wadsworth Boulevard Suite 480 Lakewood, CO 80215 | | | | | | $1,017,671.24 |
| Pacific Financial Association, Inc. 22601 North 19th Avenue Suite 202 Phoenix, AZ 85028-7000 | | | | | | $508,835.61 |
| Pro Construct 15321 South Brentwood Channelview, TX 77530 | | General Contractor | | | | $373,627.52 |
| Gallus, Patrick 2701 Phillips Street Butte, MT 59701 | | | | | | $254,417.81 |
| SCB Global Capital Management 225 East 16th Avenue Suite 1100 Denver, CO 80203 | | | | | | $237,268.49 |
| F2920M Property Management 308 Holderrieth Blvd. Tomball, TX 77377 | | Landlord (Houston) | | | | $195,395.21 |

Official form 204   Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims   page 1

Debtor **Gallus Detox Services, Inc.**  Case number *(if known)* **23-15280**
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| AKF, Inc. dba Fundkite  88 Pine Street, 24th Floor  New York, NY 10005 | | Gallsu Detox Scottsdale | Contingent Unliquidated | | | $191,400.00 |
| AKF, Inc. dba Fundkite  88 Pine Street, 24th Floor  New York, NY 10005 | | | | $180,600.00 | $0.00 | $180,600.00 |
| EBD BEMC Mansfield  Lockbox #735296  P.O. Box 735296 | | Landlord (Dallas) | | | | $133,744.48 |
| AKF, Inc. dba Fundkite  88 Pine Street, 24th Floor  New York, NY 10005 | | Gallus Detox Dallas | Contingent Unliquidated | | | $128,000.00 |
| DE Craig Ranch, LLC  Lockbox 735296  P.O. Box 735296  Dallas, TX 75201 | | Landlord (Las Vegas) | | | | $117,336.45 |
| WC Construction  21040 Highland Knolls Drive  Suite 200-300  Katy, TX 77450 | | General Contractor | | | | $112,378.76 |
| Gallus, Patrick  2701 Phillips Street  Butte, MT 59701 | | | | | | $101,767.13 |
| Weiss, Douglas  1035 Monaco Parkway  Denver, CO 80220 | | | | | | $100,986.30 |
| Emerus/BHS SA Hausman  Lockbox 735296  P.O. Box 735296  Dallas, TX 75201 | | Landlord (San Antonio) | | | | $97,280.43 |
| Capitol Center  P.O. Box 714905  Cincinnati, OH 45271-4905 | | Landlord | | | | $82,506.45 |
| Architectural Resources  1055 East Indian School Road  Phoenix, AZ 85014 | | Architect | | | | $80,250.00 |

Debtor **Gallus Detox Services, Inc.**
Name

Case number *(if known)* **23-15280**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **C Squared**<br>**7779 West Phillips Avenue**<br>**Littleton, CO 80128** | | **IT Consultant** | | | | $69,259.13 |
| **Reliabill**<br>**P.O. Box 790379**<br>**Saint Louis, MO 63179-0379** | | **Former 3rd Party Insurance Collector** | | | | $61,645.69 |
| **Silverman, Jon Maxwell**<br>**2537 Lawrence Street**<br>**Denver, CO 80205** | | | | | | $60,295.89 |

Official form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims    page 3