**Fill in this information to identify the case:**

Debtor name    **Gallus Detox Services, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF COLORADO

Case number (if known)    **23-15280**

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■   *Schedule H: Codebtors* (Official Form 206H)
- ■   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐   Amended *Schedule*
- ■   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐   Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **November 28, 2023**    X _____

           Signature of individual signing on behalf of debtor

           **Warren Olsen**
           Printed name

           **Chief Executive Officer**
           Position or relationship to debtor

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Gallus Detox Services, Inc.** |
| United States Bankruptcy Court for the: | **DISTRICT OF COLORADO** |
| Case number (if known): | **23-15280** |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Olsen, Warren J.**<br>**475 West 12th**<br>**Avenue**<br>**Unit 7A**<br>**Denver, CO 80204** | | | | | | **$1,495,863.04** |
| **Walter van Woudenberg**<br>**c/o Chasefield Capital**<br>**900 South Wadsworth Boulevard**<br>**Suite 480**<br>**Lakewood, CO 80215** | | | | | | **$1,017,671.24** |
| **Pacific Financial Association, Inc.**<br>**22601 North 19th Avenue**<br>**Suite 202**<br>**Phoenix, AZ 85028-7000** | | | | | | **$508,835.61** |
| **Pro Construct**<br>**15321 South Brentwood**<br>**Channelview, TX 77530** | | **General Contractor** | | | | **$373,627.52** |
| **Gallus, Patrick**<br>**2701 Phillips Street**<br>**Butte, MT 59701** | | | | | | **$245,833.98** |
| **SCB Global Capital Management**<br>**225 East 16th Avenue**<br>**Suite 1100**<br>**Denver, CO 80203** | | | | | | **$237,268.49** |

| Debtor | **Gallus Detox Services, Inc.** | | Case number *(if known)* | **23-15280** |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **F2920M Property Management 308 Holderrieth Blvd. Tomball, TX 77377** | | **Landlord (Houston)** | | | | **$195,395.21** |
| **AKF, Inc. dba Fundkite 88 Pine Street, 24th Floor New York, NY 10005** | | **Secured interest in Receivables of Scottsdale** | **Contingent Unliquidated** | | | **$191,400.00** |
| **AKF, Inc. dba Fundkite 88 Pine Street, 24th Floor New York, NY 10005** | | **Secured interest in Receivables of Denver** | **Contingent Unliquidated** | | | **$180,600.00** |
| **EBD BEMC Mansfield Lockbox #735296 P.O. Box 735296** | | **Landlord (Dallas)** | | | | **$133,744.48** |
| **Pacific Financial Association, Inc. 22601 North 19th Avenue Suite 202 Phoenix, AZ 85028-7000** | | **Converitble Note** | **Contingent Unliquidated** | | | **$132,146.74** |
| **AKF, Inc. dba Fundkite 88 Pine Street, 24th Floor New York, NY 10005** | | **Secured interest in Receivables of Dallas** | **Contingent Unliquidated** | | | **$128,000.00** |
| **DE Craig Ranch, LLC Lockbox 735296 P.O. Box 735296 Dallas, TX 75201** | | **Landlord (Las Vegas)** | | | | **$117,336.45** |
| **WC Construction 21040 Highland Knolls Drive Suite 200-300 Katy, TX 77450** | | **General Contractor** | | | | **$112,378.76** |
| **Gallus, Patrick 2701 Phillips Street Butte, MT 59701** | | | | | | **$101,767.13** |
| **Emerus/BHS SA Hausman Lockbox 735296 P.O. Box 735296 Dallas, TX 75201** | | **Landlord (San Antonio)** | | | | **$97,280.43** |

Debtor   **Gallus Detox Services, Inc.**

Name

Case number *(if known)*   **23-15280**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Capitol Center P.O. Box 714905 Cincinnati, OH 45271-4905** | | **Landlord** | | | | **$82,506.45** |
| **Architectural Resources 1055 East Indian School Road Phoenix, AZ 85014** | | **Architect** | | | | **$80,250.00** |
| **C Squared 7779 West Phillips Avenue Littleton, CO 80128** | | **IT Consultant** | | | | **$69,259.13** |
| **Reliabill P.O. Box 790379 Saint Louis, MO 63179-0379** | | **Former 3rd Party Insurance Collector** | | | | **$61,645.69** |

| Fill in this information to identify the case: |
| --- |

Debtor name __**Gallus Detox Services, Inc.**__

United States Bankruptcy Court for the: __DISTRICT OF COLORADO__

Case number (if known) __**23-15280**__

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    **12/15**

---

### Part 1:    Summary of Assets

1.  ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

   **1a. Real property:**
   Copy line 88 from *Schedule A/B*..................................................................................   $ ___106,765.00___

   **1b. Total personal property:**
   Copy line 91A from *Schedule A/B*.............................................................................   $ ___526,122.44___

   **1c. Total of all property:**
   Copy line 92 from *Schedule A/B*...............................................................................   $ ___632,887.44___

---

### Part 2:    Summary of Liabilities

2.  ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*......................   $ ___1,038,865.82___

3.  ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*..........................................   $ ___0.00___

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................   +$ ___6,729,737.00___

4.  Total liabilities ...............................................................................................
   Lines 2 + 3a + 3b

   | $ ___7,768,602.82___ |
   | --- |

**Fill in this information to identify the case:**

Debtor name  **Gallus Detox Services, Inc.**

United States Bankruptcy Court for the:   DISTRICT OF COLORADO

Case number (if known)   **23-15280**

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                     12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

**1. Does the debtor have any cash or cash equivalents?**

■ No.  Go to Part 2.
☐ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |

| Part 2: | Deposits and Prepayments |
| --- | --- |

**6. Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
■ Yes Fill in the information below.

7.  **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

| | | |
| --- | --- | --- |
| 7.1. | **Capital Center Property Group - Lease Security Deposit** | **$163,099.42** |
| 7.2. | **EBD BEMC Mansfield, LLC - Lease Security Deposit** | **$11,779.19** |
| 7.3. | **AWW Estes MOB Owner, LLC - Lease Deposit** | **$7,000.00** |
| 7.4. | **F2920M Property Management, LLC - Lease Deposit** | **$50,000.00** |
| 7.5. | **Oak Ridge, LLC - Lease Deposit** | **$100,000.00** |

| Debtor | **Gallus Detox Services, Inc.** | Case number *(if known)* | **23-15280** |
|---|---|---|---|
| | Name | | |

| | | |
|---|---|---|
| 7.6. | **DE Craig Ranch, LLC - Lease Deposit** | $10,148.00 |
| 7.7. | **Emerus - Lease Deposit** | $12,706.83 |

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

9. **Total of Part 2.**
Add lines 7 through 8. Copy the total to line 81.

| | |
|---|---|
| | $354,733.44 |

**Part 3:**   Accounts receivable

10. **Does the debtor have any accounts receivable?**

☑ No.  Go to Part 4.
☐ Yes Fill in the information below.

**Part 4:**   Investments

13. **Does the debtor own any investments?**

☑ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:**   Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☑ No.  Go to Part 6.
☐ Yes Fill in the information below.

**Part 6:**   Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No.  Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:**   Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
☑ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture** **Office Furniture (see attached)** | $87,535.00 | **Tax records** | $87,535.00 |
| | **Artwork for Office** | $50,593.00 | **Tax records** | $50,593.00 |

40.   **Office fixtures**

Schedule A/B Assets - Real and Personal Property

Debtor  **Gallus Detox Services, Inc.**                                  Case number *(If known)*  **23-15280**
Name

| | | | | |
|---|---|---|---|---|
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| | **Azure Software** | $7,688.00 | Tax records | $7,688.00 |
| | **Technology Equipment (see attached)** | $25,573.00 | Tax records | $25,573.00 |

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**
Add lines 39 through 42. Copy the total to line 86.

| |
|---|
| $171,389.00 |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 8:**  **Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.
☐ Yes Fill in the information below.

**Part 9:**  **Real property**

54. **Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  **Tenant Improvements** | | $106,765.00 | Tax records | $106,765.00 |

56. **Total of Part 9.**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

| |
|---|
| $106,765.00 |

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
■ No
☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

Official Form 206A/B              Schedule A/B Assets - Real and Personal Property                              page 3

Debtor   **Gallus Detox Services, Inc.**                    Case number *(If known)* **23-15280**
          Name

■ No
☐ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

Debtor  **Gallus Detox Services, Inc.**
_____  Case number *(If known)*  **23-15280**
Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $354,733.44 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $171,389.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*....................................................> | | $106,765.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $526,122.44 | + 91b.  $106,765.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $632,887.44 |

| Note Number | Date | Description | Category | Accum Deprec | Book Value | Acquisition Costs |
|---|---|---|---|---|---|---|
| **Fixed Asset Schedule** | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| Gallus Detox Services | | | | $ (141,656) | $ 278,154 | $ 419,810 |
| | | | | | | |
| | 3/1/2022 | new corporate office - tenant improvements | TI | $ (33,364.10) | $ 106,765 | $ 140,129.24 |
| | | | | | | |
| | 4/1/2022 | deployment of Azure Active Directory company wide | Software | $ (3,562.50) | $ 7,688 | $ 11,250.00 |
| | | | | | | |
| | 1/31/2020 | laptop for Sandra Reidlinger | Tech Equip | $ (916.57) | $ 279 | $ 1,195.52 |
| | 9/29/2020 | laptop for Doug Weiss | Tech Equip | $ (1,790.71) | $ 1,037 | $ 2,827.44 |
| | 11/30/2020 | docking station for Doug Weiss | Tech Equip | $ (304.51) | $ 218 | $ 522.02 |
| | 11/30/2020 | laptop | Tech Equip | $ (514.29) | $ 342 | $ 856.57 |
| | 11/30/2020 | laptop | Tech Equip | $ (514.29) | $ 342 | $ 856.57 |
| | 11/30/2020 | laptop | Tech Equip | $ (514.29) | $ 342 | $ 856.57 |
| | 11/30/2020 | laptop | Tech Equip | $ (514.29) | $ 342 | $ 856.57 |
| | 11/30/2020 | laptop | Tech Equip | $ (514.29) | $ 342 | $ 856.57 |
| | 11/30/2020 | laptop | Tech Equip | $ (514.29) | $ 342 | $ 856.57 |
| | 12/31/2020 | laptop | Tech Equip | $ (499.66) | $ 357 | $ 856.57 |
| | 12/31/2020 | laptop | Tech Equip | $ (499.66) | $ 357 | $ 856.57 |
| | 3/17/2021 | laptop | Tech Equip | $ (1,216.40) | $ 1,064 | $ 2,280.75 |
| | 3/31/2021 | laptop, warranty replacement of 8MFLZ93., in backstock | Tech Equip | $ (480.02) | $ 420 | $ 900.03 |
| | 3/31/2021 | laptop | Tech Equip | $ (480.02) | $ 420 | $ 900.03 |
| | 3/31/2021 | laptop | Tech Equip | $ (480.02) | $ 420 | $ 900.03 |
| | 5/31/2021 | laptop | Tech Equip | $ (435.54) | $ 436 | $ 871.08 |
| | 5/31/2021 | laptop | Tech Equip | $ (435.54) | $ 436 | $ 871.08 |
| | 5/31/2021 | laptop | Tech Equip | $ (435.54) | $ 436 | $ 871.08 |
| | 7/22/2021 | laptop | Tech Equip | $ (885.73) | $ 1,012 | $ 1,898.00 |
| | 7/26/2021 | dektop | Tech Equip | $ (563.58) | $ 644 | $ 1,207.67 |
| | 7/31/2021 | laptop | Tech Equip | $ (459.53) | $ 525 | $ 984.72 |
| | 7/31/2021 | laptop | Tech Equip | $ (459.53) | $ 525 | $ 984.72 |
| | 10/26/2021 | laptop | Tech Equip | $ (932.67) | $ 187 | $ 1,119.20 |
| | 12/14/2021 | laptop | Tech Equip | $ (763.30) | $ 232 | $ 995.61 |
| | 12/14/2021 | laptop | Tech Equip | $ (763.30) | $ 232 | $ 995.61 |
| | 1/7/2022 | laptop | Tech Equip | $ (722.93) | $ 263 | $ 985.82 |
| | 1/7/2022 | laptop | Tech Equip | $ (722.93) | $ 263 | $ 985.82 |

| | Date | Description | Category | | | | | |
|---|---|---|---|---|---|---|---|---|
| | 1/7/2022 | laptop | Tech Equip | $ | (724.53) | $ | 263 | $ | 987.99 |
| | 1/7/2022 | laptop | Tech Equip | $ | (724.53) | $ | 263 | $ | 987.99 |
| | 1/24/2022 | laptop | Tech Equip | $ | (717.35) | $ | 261 | $ | 978.20 |
| | 1/24/2022 | laptop | Tech Equip | $ | (717.35) | $ | 261 | $ | 978.20 |
| | 4/25/2022 | laptop | Tech Equip | $ | (563.39) | $ | 326 | $ | 889.56 |
| | 4/25/2022 | laptop | Tech Equip | $ | (563.39) | $ | 326 | $ | 889.56 |
| | 4/25/2022 | laptop | Tech Equip | $ | (563.39) | $ | 326 | $ | 889.56 |
| | 7/1/2022 | laptop | Tech Equip | $ | (917.80) | $ | 803 | $ | 1,720.88 |
| | 8/12/2022 | laptop | Tech Equip | $ | (1,008.89) | $ | 1,009 | $ | 2,017.77 |
| | 9/12/2022 | laptop | Tech Equip | $ | (621.85) | $ | 711 | $ | 1,332.54 |
| | 10/12/2022 | laptop | Tech Equip | $ | (713.09) | $ | 933 | $ | 1,645.60 |
| | 11/12/2022 | 3 laptops | Tech Equip | $ | (1,257.55) | $ | 5,602 | $ | 6,859.35 |
| | 12/12/2022 | laptop | Tech Equip | $ | (268.22) | $ | 1,195 | $ | 1,463.01 |
| | 2/1/2023 | laptop | Tech Equip | $ | (260.99) | $ | 1,479 | $ | 1,739.90 |
| | | | | | | | | |
| | 1/13/2022 | fridge for new headquarters office | Other Equip | $ | (992.75) | $ | 1,092 | $ | 2,084.78 |
| | | | | | | | | |
| | 3/1/2022 | furniture for new headquarters office | Furn/Fixt | $ | (75,625.81) | $ | 83,188 | $ | 158,814.20 |
| | 12/31/2011 | furniture for new headquarters office | Furn/Fixt | $ | (1,155.16) | $ | 3,255 | $ | 4,410.60 |
| | | | | $ | - | | | |
| | 6/20/2022 | artwork for new headquarters office | Artwork | $ | - | $ | 4,570 | $ | 4,570.02 |
| | 7/1/2022 | Artwork - moved from Denver clinic to corporate office | Artwork | $ | - | $ | 17,702 | $ | 17,701.67 |
| | 7/6/2022 | artwork for new headquarters office | Artwork | $ | - | $ | 9,721 | $ | 9,721 |
| | 12/31/2022 | artwork for new headquarters office | Artwork | $ | - | $ | 7,600 | $ | 7,600 |
| | 12/31/2022 | artwork for new headquarters office | Artwork | $ | - | $ | 11,000 | $ | 11,000 |

**Fill in this information to identify the case:**

Debtor name   **Gallus Detox Services, Inc.**

United States Bankruptcy Court for the:  DISTRICT OF COLORADO

Case number (if known)  **23-15280**

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

  ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

  ☑ Yes. Fill in all of the information below.

**Part 1:**    **List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1**   **Allen Fata**<br>Creditor's Name<br><br>**4208 Plantain Cove**<br>**Austin, TX 78730**<br>Creditor's mailing address | **Describe debtor's property that is subject to a lien**<br>**All tangible assets of the Debtor** | **$100,000.00** | **Unknown** |

**2.1 Allen Fata**

Creditor's Name

**4208 Plantain Cove**
**Austin, TX 78730**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**All tangible assets of the Debtor**

**Describe the lien**
**Secured Promissory Note**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A **$100,000.00**    Column B **Unknown**

---

**2.2 CloudFund, LLC**

Creditor's Name

**400 Rella Blvd., Suite 165-101**
**Suffern, NY 10901**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**Describe debtor's property that is subject to a lien**
**Interest in Receivables**

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

Column A **$250,000.00**    Column B **Unknown**

Debtor **Gallus Detox Services, Inc.**
Name

Case number (if known) **23-15280**

---

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **G&G Funding Group, LLC** | Describe debtor's property that is subject to a lien | $38,865.82 | Unknown |

Creditor's Name

**Interest in Receivables**

**57 West 57th Street**
**4th Floor**
**New York, NY 10019**
Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
■ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **Lionheart Funding, LLC** | Describe debtor's property that is subject to a lien | $100,000.00 | Unknown |

Creditor's Name

**Interest in Receivables**

**101 Chase Ave. STE 208**
**Lakewood, NJ 08701**
Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **MYNT Advance** | Describe debtor's property that is subject to a lien | $300,000.00 | Unknown |

Creditor's Name

**Interest in Receivables**

**633 167th Street, STE 804**
**Miami, FL 33162**
Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

---

Debtor   **Gallus Detox Services, Inc.**          Case number (if known)   **23-15280**
_____
Name

**Date debt was incurred**

**Last 4 digits of account number**

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.6 | **Walter van Woudenberg** | **Describe debtor's property that is subject to a lien** | $250,000.00 | Unknown |
|---|---|---|---|---|
| | Creditor's Name | **All tangilbe assets of the Debtor** | | |

**PO Box 241**
**Westcliffe, CO 81252**
_____
Creditor's mailing address

**Describe the lien**
**Secured Promissory Note**

**Is the creditor an insider or related party?**

■ No

☐ Yes

_____
Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**11/13/2023**

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**   **$1,038,865.82**

| **Part 2:** | **List Others to Be Notified for a Debt Already Listed in Part 1** |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| **Name and address** | **On which line in Part 1 did you enter the related creditor?** | **Last 4 digits of account number for this entity** |
|---|---|---|
| | | |

**Fill in this information to identify the case:**

Debtor name **Gallus Detox Services, Inc.**

United States Bankruptcy Court for the: DISTRICT OF COLORADO

Case number (if known) **23-15280**

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☒ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>**Colorado Department of Revenue**<br>**1375 Sherman Street**<br>**Room 511**<br>**Denver, CO 80261** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 | $0.00 |
| Date or dates debt was incurred | Basis for the claim: |  |  |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☒ No<br>☐ Yes |  |  |
| **2.2** Priority creditor's name and mailing address<br>**Internal Revenue Service**<br>**PO Box 7346**<br>**Philadelphia, PA 19101-7346** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 | $0.00 |
| Date or dates debt was incurred | Basis for the claim: |  |  |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☒ No<br>☐ Yes |  |  |

| Debtor | **Gallus Detox Services, Inc.** | Case number (if known) | **23-15280** |
|---|---|---|---|
| | Name | | |

**2.3** | Priority creditor's name and mailing address

**State of Delaware**
P.O. Box 5509
Binghamton, NY 13902

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**        **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**Part 2:**   List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | **Amount of claim** |
|---|---|---|

**3.1** | Nonpriority creditor's name and mailing address

**2 Street Investments**
5430 East Wonderview Road
Phoenix, AZ 85018

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Chief Medical Officer**

Is the claim subject to offset?  ■ No  ☐ Yes

**$20,000.00**

---

**3.2** | Nonpriority creditor's name and mailing address

**AC Merchandising**
919 Conference Drive
Suite 4158
Goodlettsville, TN 37072

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Digital Marketing**

Is the claim subject to offset?  ■ No  ☐ Yes

**$5,000.00**

---

**3.3** | Nonpriority creditor's name and mailing address

**ACC Business**
P.O. Box 5077
Carol Stream, IL 60197-5077

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Technology/Communications Vendor**

Is the claim subject to offset?  ■ No  ☐ Yes

**$612.80**

---

**3.4** | Nonpriority creditor's name and mailing address

**Ad Resources**
P.O. Box 2839
Durham, NC 27715

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Marketing Vendor**

Is the claim subject to offset?  ■ No  ☐ Yes

**$563.69**

---

**3.5** | Nonpriority creditor's name and mailing address

**ADT**
P.O. Box 371878
Pittsburgh, PA 15250

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Security Services**

Is the claim subject to offset?  ■ No  ☐ Yes

**$37.00**

---

Debtor  **Gallus Detox Services, Inc.**                                    Case number (if known)   **23-15280**
Name

---

**3.6** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,624.86**

**Airgas**
P.O. Box 734671
**Dallas, TX 75373-4671**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.7** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$357.41**

**Airtec Gases**
**2900 South Highland Drive**
**Suite 19A**
**Las Vegas, NV 89109**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Medical Services/Supplies**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.8** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$180,600.00**

**AKF, Inc. dba Fundkite**
**88 Pine Street, 24th Floor**
**New York, NY 10005**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Secured interest in Receivables of Denver**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.9** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$191,400.00**

**AKF, Inc. dba Fundkite**
**88 Pine Street, 24th Floor**
**New York, NY 10005**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Secured interest in Receivables of Scottsdale**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.10** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$128,000.00**

**AKF, Inc. dba Fundkite**
**88 Pine Street, 24th Floor**
**New York, NY 10005**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Secured interest in Receivables of Dallas**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.11** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$11,120.00**

**Alston Bird**
P.O. Box 933124
**Atlanta, GA 31193-3124**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Legal Services**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.12** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Angela Walcher, MD**
**5 Laurus**
**Littleton, CO 80127**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Consulting Physician**

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Gallus Detox Services, Inc.** | Case number (if known) | **23-15280** |
|---|---|---|---|
| | Name | | |

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$80,250.00** |
|---|---|---|---|
| | **Architectural Resources**<br>**1055 East Indian School Road**<br>**Phoenix, AZ 85014** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  __Architect__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,591.31** |
|---|---|---|---|
| | **AT&T**<br>**P.O. Box 5019**<br>**Carol Stream, IL 60197-5019** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  __Technology/Communications Vendor__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,780.00** |
|---|---|---|---|
| | **Bach Diagnostics**<br>**Department LA 24423**<br>**Pasadena, CA 91185-0001** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  __Medical Services/Supplies__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8,011.06** |
|---|---|---|---|
| | **Balch and Bingham**<br>**P.O. Box 306**<br>**Birmingham, AL 35201** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  __Legal Services__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$20,694.51** |
|---|---|---|---|
| | **Bank of America**<br>**PO Box 851001**<br>**Dallas, TX 75285-1001** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  __Credit Card__ | |
| | Last 4 digits of account number  __0776__ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$24,970.34** |
|---|---|---|---|
| | **Bank of America**<br>**PO Box 851001**<br>**Dallas, TX 75285-1001** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  __Credit Card__ | |
| | Last 4 digits of account number  __4620__ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8,741.21** |
|---|---|---|---|
| | **Bank of America**<br>**PO Box 851001**<br>**Dallas, TX 75285-1001** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  __Credit Card__ | |
| | Last 4 digits of account number  __6764__ | Is the claim subject to offset? ■ No ☐ Yes | |

Debtor   **Gallus Detox Services, Inc.**
_____   Case number (if known)   **23-15280**
Name

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Bank of America**
**PO Box 851001**
**Dallas, TX 75285-1001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **4779**

Basis for the claim:  **Credit Card**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,466.30 |
|---|---|---|---|

**Bank of America**
**PO Box 851001**
**Dallas, TX 75285-1001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **0588**

Basis for the claim:  **Credit Card**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16,698.20 |
|---|---|---|---|

**Bank of America**
**PO Box 851001**
**Dallas, TX 75285-1001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **0269**

Basis for the claim:  **Credit Card**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,111.96 |
|---|---|---|---|

**Bank of America**
**PO Box 851001**
**Dallas, TX 75285-1001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **2808**

Basis for the claim:  **Credit Card**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25,441.78 |
|---|---|---|---|

**Bigam, Lyra**
**c/o Shari Walsh**
**10257 Telluride Way**
**Dupont, CO 80024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,005.00 |
|---|---|---|---|

**Bold Legal**
**1999 Broadway**
**Suite 770**
**Denver, CO 80202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Legal Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Brian Shear, MD**
**6258 East Jamison Drive**
**Centennial, CO 80112**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Consulting Physician**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Gallus Detox Services, Inc.** | | Case number (if known) | **23-15280** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $30,000.00 |
|---|---|---|---|

**Buxton**
**2651 South Polaris Drive**
**Fort Worth, TX 76137**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Technology/Data**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $69,259.13 |
|---|---|---|---|

**C Squared**
**7779 West Phillips Avenue**
**Littleton, CO 80128**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **IT Consultant**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,615.00 |
|---|---|---|---|

**California Franchise Tax Board**
**P.O. Box 942857**
**Sacramento, CA 94257-0531**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $82,506.45 |
|---|---|---|---|

**Capitol Center**
**P.O. Box 714905**
**Cincinnati, OH 45271-4905**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Landlord**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,600.00 |
|---|---|---|---|

**Capitol Services**
**P.O. Box 1831**
**Austin, TX 78767**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Registered Agent**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $75.29 |
|---|---|---|---|

**Cardinal Health**
**c/o BOA Lockbox**
**5303 Collecctions Center Drive**
**Chicago, IL 60693**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Medical Services/Supplies**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $199.25 |
|---|---|---|---|

**CBS Technologies**
**205 North Pasadena Street**
**Suite 1**
**Gilbert, AZ 85233**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Medical Services/Supplies**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Gallus Detox Services, Inc.**
_____
Name

Case number (if known)   **23-15280**
_____

| | | |
|---|---|---|
| 3.34 | **Nonpriority creditor's name and mailing address** | $0.00 |
| | **Century Link** | |
| | P.O. Box 91155 | |
| | Seattle, WA 98111-9255 | |

As of the petition filing date, the claim is: _Check all that apply._

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Telephone Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.35 | **Nonpriority creditor's name and mailing address** | $0.00 |
| | **Charles Finch MD** | |
| | 9512 East Desert Cove Avenue | |
| | Scottsdale, AZ 85260 | |

As of the petition filing date, the claim is: _Check all that apply._

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Consulting Physician**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.36 | **Nonpriority creditor's name and mailing address** | $0.00 |
| | **Christopher Litchfield MD** | |
| | 4514 Glenwick Lane | |
| | Dallas, TX 75205 | |

As of the petition filing date, the claim is: _Check all that apply._

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Consulting Physician**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.37 | **Nonpriority creditor's name and mailing address** | $3,228.64 |
| | **Clark County Assessor** | |
| | 500 South Grand Central Parkway | |
| | Second Floor | |
| | Las Vegas, NV | |

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.38 | **Nonpriority creditor's name and mailing address** | $180.00 |
| | **CLIA Laboratory Program** | |
| | P.O. Box 3056 | |
| | Portland, OR 97208-3056 | |

As of the petition filing date, the claim is: _Check all that apply._

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Medical Services/Supplies**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.39 | **Nonpriority creditor's name and mailing address** | $0.00 |
| | **Collaborate MD** | |

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Insurance Billing Software**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.40 | **Nonpriority creditor's name and mailing address** | $0.00 |
| | **Comcast** | |
| | P.O. Box 8587 | |
| | Philadelphia, PA 19101-8587 | |

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Gallus Detox Services, Inc.** | Case number (if known) | **23-15280** |
|---|---|---|---|
| | Name | | |

---

**3.41** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$117,336.45**

**DE Craig Ranch, LLC**
Lockbox 735296
P.O. Box 735296
Dallas, TX 75201

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Landlord (Las Vegas)**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.42** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$133,744.48**

**EBD BEMC Mansfield**
Lockbox #735296
P.O. Box 735296

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Landlord (Dallas)**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.43** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$18,750.00**

**Edward Bozaan**
603 West 115th Street
#207
New York, NY 10025

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Director (Board Fee)**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.44** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$97,280.43**

**Emerus/BHS SA Hausman**
Lockbox 735296
P.O. Box 735296
Dallas, TX 75201

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Landlord (San Antonio)**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.45** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$195,395.21**

**F2920M Property Management**
308 Holderrieth Blvd.
Tomball, TX 77377

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Landlord (Houston)**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.46** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$136.02**

**Flowater**
P.O. Box 5892
Denver, CO 80217

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Supplies**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.47** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Fusion 92**
440 West Ontario Street
Chicago, IL 60654

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Digital Marketing**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Gallus Detox Services, Inc.**                                    Case number (if known)   **23-15280**
_____
Name

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $245,833.98 |
|---|---|---|---|

**Gallus, Patrick**
**2701 Phillips Street**
**Butte, MT 59701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $101,767.13 |
|---|---|---|---|

**Gallus, Patrick**
**2701 Phillips Street**
**Butte, MT 59701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,000.00 |
|---|---|---|---|

**Gnani Billakanti MD**
**7627 Gossamer Wind Street**
**Las Vegas, NV 89139**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Consulting Physician**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $35,520.01 |
|---|---|---|---|

**Health Temps**
**6402 East Superstition Springs**
**Suite 203**
**Mesa, AZ 85206**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Staffing Agency**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,200.00 |
|---|---|---|---|

**Herrmann, Laura**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Contract Business Development**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,612.20 |
|---|---|---|---|

**High Touch Technologies**
**P.O. Box 74686**
**Chicago, IL 60675-4686**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **IT Consultant**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $200.00 |
|---|---|---|---|

**Higher Ground Landscaping**
**P.O. Box 74686**
**Gilbert, AZ 85233**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **General Services**

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Gallus Detox Services, Inc.** | Case number (if known) | **23-15280** |
|---|---|---|---|
| | Name | | |

---

**3.55** | Nonpriority creditor's name and mailing address

**IMA**
P.O. Box 733835
Dallas, TX 75373-3835

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Insurance Broker__

Is the claim subject to offset? ☐ No ☐ Yes

**$2,819.11**

---

**3.56** | Nonpriority creditor's name and mailing address

**Inmar Rx Solutions, Inc.**
One West Fourth Street
Suite 500
Winston Salem, NC 27101

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Medical Services/Supplies__

Is the claim subject to offset? ☐ No ☐ Yes

**$294.20**

---

**3.57** | Nonpriority creditor's name and mailing address

**Innovative Career Consulting**
1780 South Bellaire Street
Suite 701
Denver, CO 80222

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Staffing__

Is the claim subject to offset? ☑ No ☐ Yes

**$4,500.00**

---

**3.58** | Nonpriority creditor's name and mailing address

**IPFS Corporation**
24722 Network Place
Chicago, IL 60673-1247

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Insurance__

Is the claim subject to offset? ☑ No ☐ Yes

**$14,002.58**

---

**3.59** | Nonpriority creditor's name and mailing address

**Iron Mountain**
2 Sun Court
Norcross, GA 30092

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __General Services__

Is the claim subject to offset? ☐ No ☐ Yes

**$0.00**

---

**3.60** | Nonpriority creditor's name and mailing address

**JJ Home Repairs and More**
9122 Bayou Bluff Drive
Spring, TX 77379

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __General Services__

Is the claim subject to offset? ☐ No ☐ Yes

**$5,392.30**

---

**3.61** | Nonpriority creditor's name and mailing address

**KAW Property Holdings**
404 South 8th Street
Suit e188
Boise, ID 83702

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __Landlord (Scottsdale)__

Is the claim subject to offset? ☑ No ☐ Yes

**$23,742.40**

---

| Debtor | **Gallus Detox Services, Inc.** | Case number (if known) | **23-15280** |
|---|---|---|---|
| | Name | | |

---

**3.62** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,173.55

**Kipu Systems**
**55 Alhambra Plaza**
**6th Floor**
**Coral Gables, FL 33134**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.63** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,941.57

**LabCorp.**
**P.O. Box 12140**
**Burlington, NC 27216-2140**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Medical Service/Supplies**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.64** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00

**LegitScript**
**25 NW 23rd Place**
**Suite 6 #164**
**Portland, OR 97210**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.65** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,229.92

**Liaison Home Automation**
**288 North Park Street**
**Decatur, IL 62523**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Technology/Communications Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.66** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,200.00

**Lindsey Jannach**
**5795 South Lupine Drive**
**Littleton, CO 80123**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Consulting Physician**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.67** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,487.12

**Lochness**
**2775 Broadway**
**Suite 100**
**Buffalo, NY 14227**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.68** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $307.51

**Lumen**
**P.O. Box 52187**
**Phoenix, AZ 85072-2187**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Technology/Communications Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

Debtor **Gallus Detox Services, Inc.**

Name

Case number (if known) **23-15280**

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,778.82 |

**Manchester Mills**
P.O. Box 6771
Somerset, NJ 08875-6771

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **General Services**

Is the claim subject to offset? ■ No ☐ Yes

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,466.98 |

**Maricopa County Treasurer**
P.O. Box 52133
Phoenix, AZ 85072-2133

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $54,027.40 |

**Matthews, Russell**
785 Niagara Street
Denver, CO 80220

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $105,671.23 |

**Matthews, Russell**
785 Niagara Street
Denver, CO 80220

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $63,563.36 |

**Matthews, Russell**
785 Niagara Street
Denver, CO 80220

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $888.40 |

**McKesson**
P.O. Box 51020
Los Angeles, CA 90051-5320

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Gallus Detox Denver**

Is the claim subject to offset? ■ No ☐ Yes

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $677.33 |

**McKesson**
P.O. Box 51020
Los Angeles, CA 90051-5320

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Gallus Detox Las Vegas**

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Gallus Detox Services, Inc.** | Case number (if known) | **23-15280** |
|---|---|---|---|
| | Name | | |

---

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,420.93** |
|---|---|---|---|

**McKesson**
P.O. Box 51020
Los Angeles, CA 90051-5320

Date(s) debt was incurred _

Last 4 digits of account number _

�(■) Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Gallus Detox Scottsdale**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,605.62** |
|---|---|---|---|

**Medely**
P.O. Box 736997
Dallas, TX 75373

Date(s) debt was incurred _

Last 4 digits of account number _

☐■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Gallus Detox Denver**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$17,291.84** |
|---|---|---|---|

**Medely**
P.O. Box 736997
Dallas, TX 75373

Date(s) debt was incurred _

Last 4 digits of account number _

☐■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Gallus Detox Scottsdale**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$377.94** |
|---|---|---|---|

**Medline**
P.O. Box 121080
Dallas, TX 75312

Date(s) debt was incurred _

Last 4 digits of account number _

☐■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Medical Services/Supplies**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,650.00** |
|---|---|---|---|

**Meltwater**
Department LA 23721
Pasadena, CA 91185-3721

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **PR/Marketing**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,252.56** |
|---|---|---|---|

**Michael Dixon**
140 North Lafayette Street
Denver, CO 80218

Date(s) debt was incurred _

Last 4 digits of account number _

☐■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Convertible Note**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$15,739.75** |
|---|---|---|---|

**Mussalli Law**
2441 High Timbers Sr.
Suite 220
The Woodlands, TX 77382

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Legal Fees**

Is the claim subject to offset? ☐■ No  ☐ Yes

---

| Debtor | **Gallus Detox Services, Inc.** | Case number (if known) | **23-15280** |
|---|---|---|---|
| | Name | | |

---

**3.83** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$300.00**

NaturZone
12633 North Cave Creek Road
Suite 101
Phoenix, AZ 85027

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **General Services**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.84** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$52,326.96**

Oak Ridge, LLC
625 East Nicollet Blvd.
Suite 340
Burnsville, MN 55654

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Landlord (Minneapolis future location)**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.85** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$17,837.26**

Office Scapes
Department V15426
P.O. Box 30106
Salt Lake City, UT 84130-0106

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Furniture Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.86** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,495,863.04**

Olsen, Warren J.
475 West 12th Avenue
Unit 7A
Denver, CO 80204

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.87** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,079.97**

Omnicell
P.O. Box 204650
Dallas, TX 75320-4650

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Gallus Detox Dallas**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.88** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,096.00**

Omnicell
P.O. Box 204650
Dallas, TX 75320-4650

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Gallus Detox Denver**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.89** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,644.00**

Omnicell
P.O. Box 204650
Dallas, TX 75320-4650

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Gallus Detox Houston**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| Debtor | **Gallus Detox Services, Inc.** | | Case number (if known) | **23-15280** |
|---|---|---|---|---|

Name

---

**3.90**

**Nonpriority creditor's name and mailing address**
**Omnicell**
**P.O. Box 204650**
**Dallas, TX 75320-4650**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Gallus Detox San  Antonio**

Is the claim subject to offset? ☑ No  ☐ Yes

$5,079.97

---

**3.91**

**Nonpriority creditor's name and mailing address**
**Omnicell**
**P.O. Box 204650**
**Dallas, TX 75320-4650**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Gallus Detox Scottsdale**

Is the claim subject to offset? ☑ No  ☐ Yes

$1,644.00

---

**3.92**

**Nonpriority creditor's name and mailing address**
**Pacific Financial Association, Inc.**
**22601 North 19th Avenue**
**Suite 202**
**Phoenix, AZ 85028-7000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No  ☐ Yes

$508,835.61

---

**3.93**

**Nonpriority creditor's name and mailing address**
**Pacific Financial Association, Inc.**
**22601 North 19th Avenue**
**Suite 202**
**Phoenix, AZ 85028-7000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Converitble Note**

Is the claim subject to offset? ☑ No  ☐ Yes

$132,146.74

---

**3.94**

**Nonpriority creditor's name and mailing address**
**Parks Coffee**
**P.O. Box 110209**
**Carrollton, TX 75011**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **General Services**

Is the claim subject to offset? ☑ No  ☐ Yes

$247.02

---

**3.95**

**Nonpriority creditor's name and mailing address**
**PayrHealth**
**P.O. Box 2378**
**San Antonio, TX 78298**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Insurance Contractor**

Is the claim subject to offset? ☑ No  ☐ Yes

$24,000.00

---

**3.96**

**Nonpriority creditor's name and mailing address**
**Pharmerica**
**P.O. Box 409251**
**Atlanta, GA 30384-9251**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Gallus Detox Dallas**

Is the claim subject to offset? ☑ No  ☐ Yes

$9,454.18

---

| Debtor | **Gallus Detox Services, Inc.** | | Case number (if known) | **23-15280** |
|---|---|---|---|---|
| | Name | | | |

---

**3.97** | Nonpriority creditor's name and mailing address
**Pharmerica**
P.O. Box 409251
Atlanta, GA 30384-9251

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Gallus Detox Denver**

Is the claim subject to offset? ■ No ☐ Yes

**$7,537.11**

---

**3.98** | Nonpriority creditor's name and mailing address
**Pharmerica**
P.O. Box 409251
Atlanta, GA 30384-9251

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Gallus Detox Las Vegas**

Is the claim subject to offset? ■ No ☐ Yes

**$92.82**

---

**3.99** | Nonpriority creditor's name and mailing address
**Pharmerica**
P.O. Box 409251
Atlanta, GA 30384-9251

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Gallus Detox Scottsdale**

Is the claim subject to offset? ■ No ☐ Yes

**$15,445.46**

---

**3.100** | Nonpriority creditor's name and mailing address
**PRN Uniforms**
3295 South Cooper Street
Suite 137
Arlington, TX 76015

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **General Services**

Is the claim subject to offset? ■ No ☐ Yes

**$340.47**

---

**3.101** | Nonpriority creditor's name and mailing address
**Pro Construct**
15321 South Brentwood
Channelview, TX 77530

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **General Contractor**

Is the claim subject to offset? ■ No ☐ Yes

**$373,627.52**

---

**3.102** | Nonpriority creditor's name and mailing address
**Reliabill**
P.O. Box 790379
Saint Louis, MO 63179-0379

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Former 3rd Party Insurance Collector**

Is the claim subject to offset? ■ No ☐ Yes

**$61,645.69**

---

**3.103** | Nonpriority creditor's name and mailing address
**Relias**
P.O. Box 74008620
Chicago, IL 60674-8620

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __

Is the claim subject to offset? ■ No ☐ Yes

**$26,270.50**

---

| Debtor | **Gallus Detox Services, Inc.** | Case number (if known) | **23-15280** |
|---|---|---|---|
| | Name | | |

---

**3.104** Nonpriority creditor's name and mailing address

**Republic Parking**
**225 East 16th Avenue**
**Suite B080**
**Denver, CO 80203**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **$11,236.50**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.105** Nonpriority creditor's name and mailing address

**Richey May**
**9780 South Meridian Blvd.**
**Suite 500**
**Englewood, CO 80110**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **$28,860.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _ **Accounting Services**

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.106** Nonpriority creditor's name and mailing address

**Roadrunner Oxygen Service**
**5234 West Missouri Avenue**
**Glendale, AZ 85301**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **$85.18**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _ **Medical Services/Supplies**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.107** Nonpriority creditor's name and mailing address

**Salary.com**
**P.O. Box 844048**
**Boston, MA 02284-4048**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **$4,454.43**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _ **HR Software**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.108** Nonpriority creditor's name and mailing address

**Sampson, Glenn**
**8100 Cypresswood Drive**
**Apt. 625**
**Spring, TX 77375**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **$665.00**

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _ **General Services**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.109** Nonpriority creditor's name and mailing address

**Sara Herman**
**4326 North 75th Street**
**Scottsdale, AZ 85251**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _ **Director of Nursing**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.110** Nonpriority creditor's name and mailing address

**Sara Montgomery**
**141 South Eudora Street**
**Denver, CO 80246**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **$30,880.67**

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _ **Convertible Note**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Gallus Detox Services, Inc.** | Case number (if known) | **23-15280** |
|---|---|---|---|

| | |
|---|---|

**3.111**

Nonpriority creditor's name and mailing address

**SCB Global Capital Management**
**225 East 16th Avenue**
**Suite 1100**
**Denver, CO 80203**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$237,268.49**

---

**3.112**

Nonpriority creditor's name and mailing address

**Shabana Parvez MD**
**8713 Racquet Club Drive**
**Fort Worth, TX 76120**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consulting Physician**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.113**

Nonpriority creditor's name and mailing address

**Sierzenski, Ron**
**5430 East Wonderview Road**
**Phoenix, AZ 85018**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Consulting Physician**

Is the claim subject to offset? ■ No ☐ Yes

**$6,900.00**

---

**3.114**

Nonpriority creditor's name and mailing address

**Silverman, Jon Maxwell**
**2537 Lawrence Street**
**Denver, CO 80205**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$60,295.89**

---

**3.115**

Nonpriority creditor's name and mailing address

**Sopris Capital**
**409 Aspen Aiport Business Center**
**Suite B**
**Aspen, CO 81611**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$4,293.36**

---

**3.116**

Nonpriority creditor's name and mailing address

**Southwest Calibration**
**340 South Equestrian Court**
**Gilbert, AZ 85296**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Medical Equipment**

Is the claim subject to offset? ■ No ☐ Yes

**$9,815.00**

---

**3.117**

Nonpriority creditor's name and mailing address

**Stanhope Reed Rigby LLC**
**321 West 78th Street**
**Apt. 6B**
**New York, NY 10024**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Convertible Note**

Is the claim subject to offset? ■ No ☐ Yes

**$38,986.01**

---

| Debtor | **Gallus Detox Services, Inc.** | | Case number (if known) | **23-15280** |
|---|---|---|---|---|
| | Name | | | |

---

**3.118** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$155.00**

**Start your Recovery**
**5310 McKinley Street**
**Bethesda, MD 20814**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Digital Marketing**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.119** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,000.00**

**Stephanie Setliff**
**5406 Bent Tree Drive**
**Dallas, TX 75248**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Clinic Entity Owner**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.120** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,351.75**

**Stericycle**
**P.O. Box 6578**
**Carol Stream, IL 60197-6578**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Gallus Detox Dallas**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.121** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$391.58**

**Stericycle**
**P.O. Box 6578**
**Carol Stream, IL 60197-6578**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Gallus Detox Denver**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.122** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Stericycle**
**P.O. Box 6578**
**Carol Stream, IL 60197-6578**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Gallus Detox Las Vegas**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.123** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$193.91**

**Stericycle**
**P.O. Box 6578**
**Carol Stream, IL 60197-6578**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Gallus Detox San Antonio**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.124** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,044.27**

**Stericycle**
**P.O. Box 6578**
**Carol Stream, IL 60197-6578**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Gallus Detox Scottsdale**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Gallus Detox Services, Inc.**
Name

Case number (if known)   **23-15280**

---

**3.125** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $358.85
**Technolink of the Rockies**
**8 Inverness Drive**
**Suite 110**
**Englewood, CO 80111**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Technology/Communications Vendor__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.126** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,364.00
**The Cincinnati Insurance Company**
**P.O. Box 145620**
**Cincinnati, OH 45250-5620**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.127** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,000.00
**Trusted Provider Network**
**757 St. Charles Avenue**
**Suite 206**
**New Orleans, LA 70116**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.128** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,017,671.24
**Walter van Woudenberg**
**c/o Chasefield Capital**
**900 South Wadsworth Boulevard**
**Suite 480**
**Lakewood, CO 80215**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.129** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $112,378.76
**WC Construction**
**21040 Highland Knolls Drive**
**Suite 200-300**
**Katy, TX 77450**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __General Contractor__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.130** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $28,000.00
**WebServ**
**32 Discovery**
**Suite 32**
**Irvine, CA 92618**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Digital Marketing__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.131** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $986.30
**Weiss, Douglas**
**1035 Monaco Parkway**
**Denver, CO 80220**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Gallus Detox Services, Inc.** | Case number (if known) | **23-15280** |
|---|---|---|---|
| | Name | | |

---

**3.132** Nonpriority creditor's name and mailing address

**Wentworth Property**
**c/o Wentworth Property Management**
**LLC 802 North 3rd Avenue**
**Phoenix, AZ 85003**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Landlord (Denver)

Is the claim subject to offset? ☐ No ☐ Yes

**$33,104.84**

---

**3.133** Nonpriority creditor's name and mailing address

**Whitney Knier**
**213 Nottingham Road**
**Richmond, VA 23221**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Convertible Note

Is the claim subject to offset? ☐ No ☐ Yes

**$14,183.51**

---

**3.134** Nonpriority creditor's name and mailing address

**Wood, Chelsea**
**33 South Chase Drive**
**Lakewood, CO 80226**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Employee

Is the claim subject to offset? ☐ No ☐ Yes

**$0.00**

---

**3.135** Nonpriority creditor's name and mailing address

**WorkBright**
**P.O. Box 337**
**Boulder, CO 80306-0337**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  HR Software

Is the claim subject to offset? ■ No ☐ Yes

**$604.64**

---

**3.136** Nonpriority creditor's name and mailing address

**Yellow Lab Properties LP**
**6628 Carston Court**
**North Richland Hills, TX 76180**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Convertible Note

Is the claim subject to offset? ■ No ☐ Yes

**$50,673.98**

---

**3.137** Nonpriority creditor's name and mailing address

**Zalkind, Simon**
**745 South Oneida Street**
**Denver, CO 80224**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Art Vendor

Is the claim subject to offset? ■ No ☐ Yes

**$11,000.00**

---

**3.138** Nonpriority creditor's name and mailing address

**Zealie**
**1100 South Coast Highway**
**Suite 300A**
**Laguna Beach, CA 92651**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor   **Gallus Detox Services, Inc.**
_____
Name

Case number (if known)   **23-15280**

| | |
|---|---|
| 3.139 | **Nonpriority creditor's name and mailing address** |

**Zultys**
**785 Lucerne Drive**
**Sunnyvale, CA 94085**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*   **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Phone System**

Is the claim subject to offset? ■ No ☐ Yes

---

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |
|---|---|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Internal Revenue Service**<br>**Insolvency Unit**<br>**1999 Broadway**<br>**MS 5012 DEN**<br>**Denver, CO 80202-3025** | Line **2.2**<br><br>☐ Not listed. Explain ____ | __ |
| 4.2 | **Office of the Attorney General**<br>**US Department of Justice**<br>**950 Pennsylvania Avenue, NW**<br>**Suite 4400**<br>**Washington, DC 20530-0001** | Line **2.2**<br><br>☐ Not listed. Explain ____ | __ |
| 4.3 | **Office of the Attorney General**<br>**State of Colorado**<br>**1300 Broadway**<br>**Denver, CO 80203** | Line **2.1**<br><br>☐ Not listed. Explain ____ | __ |
| 4.4 | **Office of the US Attorney**<br>**District of Colorado**<br>**1225 Seventeenth Street**<br>**Suite 700**<br>**Denver, CO 80202-2628** | Line **2.2**<br><br>☐ Not listed. Explain ____ | __ |
| 4.5 | **State of Colorado**<br>**Division of Securities**<br>**1560 Broadway, Suite 900**<br>**Denver, CO 80202-5150** | Line **2.1**<br><br>☐ Not listed. Explain ____ | __ |

---

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ | 6,729,737.00 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 6,729,737.00 |

**Fill in this information to identify the case:**

Debtor name  **Gallus Detox Services, Inc.**

United States Bankruptcy Court for the:   DISTRICT OF COLORADO

Case number (if known)   **23-15280**

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
     ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
     ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal   Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Lease of Property at 5920 S Estes St Suite 150, Littleton, CO 80123; Used by Gallus Detox Denver, LLC**<br>**75 months**<br><br><br>**AWW Estes MOB Owner, LLC**<br>**C/o Wentworth Property Management, LLC**<br>**802 N 3rd Avenue**<br>**Phoenix, AZ 85003** |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Copier lease**<br><br><br>**16 months**<br><br><br>**Canon Financial**<br>**14904 Collections Center Dr**<br>**Chicago, IL 60693** |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Lease of property located at 225 E. 16th Ave, STE 1100, Denver, CO; used as main offices**<br>**65 months**<br><br><br>**Capitol Center Property, LLC**<br>**c/o: Harbor Associates**<br>**200 Pine Avenue, Suite 502**<br>**Long Beach, CA 90802** |
| **2.4.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Lease of Property at 7331 East Osborn Road, Scottsdale, Arizona 85251**<br>**Month to Month**<br><br><br>**CHP Scottsdale Medical Pavilion LLC**<br>**c/o The Colorado Group**<br>**3434 47th Street**<br>**Suite 220**<br>**Boulder, CO 80301** |

Debtor 1   **Gallus Detox Services, Inc.**

First Name            Middle Name            Last Name

Case number (*if known*)   **23-15280**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.5.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Lease of Property at 1550 W Craig Rd Suite 310, North Las Vegas, NV 89032; clinic is closed**<br>**97 months**<br><br>**DE Craig Ranch, LLC**<br>**c/o Emerus Holdings, Inc.**<br>**8686 New Trails Drive, Suite 100**<br>**The Woodlands, TX 77381** |
| **2.6.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Lease of property at 1776 N. US 287, Mansfield, Texas 76063**<br>**70 months**<br><br>**EBD BEMC MANSFIELD, LLC**<br>**c/o Emerus Holdings, Inc.**<br>**8686 New Trails Drive, Suite 100**<br>**The Woodlands, TX 77381** |
| **2.7.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Lease of Property at 8230 N. Loop 1604 West, San Antonio TX 78249; clinic is closed**<br>**53 months**<br><br>**EMERUS / BHS SA HAUSMAN, LLC**<br>**c/o Emerus Holdings, Inc.**<br>**8686 New Trails Drive, Suite 100**<br>**The Woodlands, TX 77381** |
| **2.8.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Lease of Property at 2490 FM 2920 Rd Suite 102 Spring TX 77388**<br>**175 months**<br><br>**F2920M Property Management, LLC**<br>**10402 Creekbend Shore Dr.**<br>**Cypress, TE 77433** |
| **2.9.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Lease of water machines at Denver and Scottsdale**<br>**32 months**<br><br>**Flowater**<br>**P.O. Box 5892**<br>**Denver, CO 80217** |

Debtor 1   **Gallus Detox Services, Inc.**
First Name          Middle Name          Last Name

Case number (*if known*)   **23-15280**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.10.** State what the contract or lease is for and the nature of the debtor's interest

**Lease of Property at 4326 N 75th St, Scottsdale, AZ 85251**

State the term remaining   **8 months**

**KAW Property
404 S. 8th Street
Suite #188
Boise, ID 83702**

List the contract number of any government contract

---

**2.11.** State what the contract or lease is for and the nature of the debtor's interest

**Lease of Property located at 625 Nicollet Blvd East, Burnsville MN 55337; property was intended to be a new clinic but has not been opened**

State the term remaining   **124 months**

**Oak Ridge LLC
8563 Birchwood Hills Rd
Lake Shore, MN 56468**

List the contract number of any government contract

---

**Fill in this information to identify the case:**

Debtor name    **Gallus Detox Services, Inc.**

United States Bankruptcy Court for the:   DISTRICT OF COLORADO

Case number (if known)   **23-15280**

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**

*Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | **Gallus Detox Dallas** | | **AKF, Inc. dba Fundkite** | ☐ D _____ <br> ■ E/F __3.9__ <br> ☐ G _____ |
| 2.2 | **Gallus Detox Dallas** | | **CloudFund, LLC** | ■ D __2.2__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.3 | **Gallus Detox Dallas** | | **Emerus/BHS SA Hausman** | ☐ D _____ <br> ■ E/F __3.44__ <br> ☐ G _____ |
| 2.4 | **Gallus Detox Dallas** | | **Flowater** | ☐ D _____ <br> ■ E/F __3.46__ <br> ☐ G _____ |
| 2.5 | **Gallus Detox Dallas** | | **G&G Funding Group, LLC** | ■ D __2.3__ <br> ☐ E/F _____ <br> ☐ G _____ |

Debtor    **Gallus Detox Services, Inc.**                          Case number *(if known)*   **23-15280**

▓▓▓▓    **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | Column 2: **Creditor** | |
|---|---|---|
| 2.6  **Gallus Detox**<br>**Dallas** | **Lionheart Funding,**<br>**LLC** | ■ D __2.4__<br>☐ E/F ____<br>☐ G ____ |
| 2.7  **Gallus Detox**<br>**Dallas** | **McKesson** | ☐ D ____<br>■ E/F __3.75__<br>☐ G ____ |
| 2.8  **Gallus Detox**<br>**Dallas** | **Medely** | ☐ D ____<br>■ E/F __3.78__<br>☐ G ____ |
| 2.9  **Gallus Detox**<br>**Dallas** | **MYNT Advance** | ■ D __2.5__<br>☐ E/F ____<br>☐ G ____ |
| 2.10  **Gallus Detox**<br>**Dallas** | **Omnicell** | ☐ D ____<br>■ E/F __3.88__<br>☐ G ____ |
| 2.11  **Gallus Detox**<br>**Dallas** | **Pacific Financial**<br>**Association, Inc.** | ☐ D ____<br>■ E/F __3.92__<br>☐ G ____ |
| 2.12  **Gallus Detox**<br>**Dallas** | **Pharmerica** | ☐ D ____<br>■ E/F __3.98__<br>☐ G ____ |
| 2.13  **Gallus Detox**<br>**Dallas** | **Stericycle** | ☐ D ____<br>■ E/F __3.122__<br>☐ G ____ |

| Debtor | **Gallus Detox Services, Inc.** | Case number *(if known)* | **23-15280** |
|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | Column 2: **Creditor** | |
|---|---|---|
| 2.14 **Gallus Detox**<br>**Denver** | **AKF, Inc. dba**<br>**Fundkite** | ☐ D ____<br>■ E/F __3.8__<br>☐ G ____ |
| 2.15 **Gallus Detox**<br>**Denver** | **CloudFund, LLC** | ■ D __2.2__<br>☐ E/F ____<br>☐ G ____ |
| 2.16 **Gallus Detox**<br>**Denver** | **Flowater** | ☐ D ____<br>■ E/F __3.46__<br>☐ G ____ |
| 2.17 **Gallus Detox**<br>**Denver** | **G&G Funding Group,**<br>**LLC** | ■ D __2.3__<br>☐ E/F ____<br>☐ G ____ |
| 2.18 **Gallus Detox**<br>**Denver** | **Lionheart Funding,**<br>**LLC** | ■ D __2.4__<br>☐ E/F ____<br>☐ G ____ |
| 2.19 **Gallus Detox**<br>**Denver** | **McKesson** | ☐ D ____<br>■ E/F __3.74__<br>☐ G ____ |
| 2.20 **Gallus Detox**<br>**Denver** | **Medely** | ☐ D ____<br>■ E/F __3.77__<br>☐ G ____ |
| 2.21 **Gallus Detox**<br>**Denver** | **MYNT Advance** | ■ D __2.5__<br>☐ E/F ____<br>☐ G ____ |

Debtor   **Gallus Detox Services, Inc.**          Case number *(if known)*   **23-15280**

▮ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | Column 2: **Creditor** | |
|---|---|---|
| 2.22 **Gallus Detox** <br> **Denver** | **Pacific Financial Association, Inc.** | ☐ D ____ <br> ■ E/F __3.92__ <br> ☐ G ____ |
| 2.23 **Gallus Detox** <br> **Scottsdale** | **AKF, Inc. dba Fundkite** | ☐ D ____ <br> ■ E/F __3.10__ <br> ☐ G ____ |
| 2.24 **Gallus Detox** <br> **Scottsdale** | **CloudFund, LLC** | ■ D __2.2__ <br> ☐ E/F ____ <br> ☐ G ____ |
| 2.25 **Gallus Detox** <br> **Scottsdale** | **G&G Funding Group, LLC** | ■ D __2.3__ <br> ☐ E/F ____ <br> ☐ G ____ |
| 2.26 **Gallus Detox** <br> **Scottsdale** | **Lionheart Funding, LLC** | ■ D __2.4__ <br> ☐ E/F ____ <br> ☐ G ____ |
| 2.27 **Gallus Detox** <br> **Scottsdale** | **McKesson** | ☐ D ____ <br> ■ E/F __3.75__ <br> ☐ G ____ |
| 2.28 **Gallus Detox** <br> **Scottsdale** | **Medely** | ☐ D ____ <br> ■ E/F __3.78__ <br> ☐ G ____ |
| 2.29 **Gallus Detox** <br> **Scottsdale** | **MYNT Advance** | ■ D __2.5__ <br> ☐ E/F ____ <br> ☐ G ____ |

Debtor   **Gallus Detox Services, Inc.**                                    Case number *(if known)*   **23-15280**

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.30 | **Gallus Detox**<br>**Scottsdale** | **Omnicell** | ☐ D _____<br>■ E/F ___3.88___<br>☐ G _____ |
| 2.31 | **Gallus Detox**<br>**Scottsdale** | **Pacific Financial**<br>**Association, Inc.** | ☐ D _____<br>■ E/F ___3.92___<br>☐ G _____ |
| 2.32 | **Gallus Detox**<br>**Scottsdale** | **Pharmerica** | ☐ D _____<br>■ E/F ___3.98___<br>☐ G _____ |
| 2.33 | **Gallus Detox**<br>**Scottsdale** | **Reliabill** | ☐ D _____<br>■ E/F ___3.102___<br>☐ G _____ |
| 2.34 | **Gallus Detox**<br>**Scottsdale** | **Stericycle** | ☐ D _____<br>■ E/F ___3.121___<br>☐ G _____ |
| 2.35 | **Russ Matthews** | **785 Niagara Street**<br>**Denver, CO 80220**<br>**Performance Guarantee** | **AKF, Inc. dba**<br>**Fundkite** | ☐ D _____<br>■ E/F ___3.8___<br>☐ G _____ |
| 2.36 | **Russ Matthews** | **785 Niagara Street**<br>**Denver, CO 80220**<br>**Performance Guarantee** | **AKF, Inc. dba**<br>**Fundkite** | ☐ D _____<br>■ E/F ___3.9___<br>☐ G _____ |
| 2.37 | **Russ Matthews** | **785 Niagara Street**<br>**Denver, CO 80220**<br>**Performance Guarantee** | **AKF, Inc. dba**<br>**Fundkite** | ☐ D _____<br>■ E/F ___3.10___<br>☐ G _____ |

Debtor   **Gallus Detox Services, Inc.**                                    Case number *(if known)*   **23-15280**

---

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|

| 2.38 | **Russ Matthews** | 785 Niagara Street<br>Denver, CO 80220<br>Performance Guarantee | **CloudFund, LLC** | ■ D __**2.2**__<br>☐ E/F ____<br>☐ G ____ |
|---|---|---|---|---|
| 2.39 | **Russ Matthews** | 785 Niagara Street<br>Denver, CO 80220<br>Performance Guarantee | **G&G Funding Group, LLC** | ■ D __**2.3**__<br>☐ E/F ____<br>☐ G ____ |
| 2.40 | **Russ Matthews** | 785 Niagara Street<br>Denver, CO 80220<br>Performance Guarantee | **Lionheart Funding, LLC** | ■ D __**2.4**__<br>☐ E/F ____<br>☐ G ____ |
| 2.41 | **Russ Matthews** | 785 Niagara Street<br>Denver, CO 80220<br>Performance Guarantee | **MYNT Advance** | ■ D __**2.5**__<br>☐ E/F ____<br>☐ G ____ |
| 2.42 | **Warren Olsen** | 475 West 12th Avenue<br>Unit 7A<br>Denver, CO 80204<br>Performance Guarantee | **AKF, Inc. dba Fundkite** | ☐ D ____<br>■ E/F __**3.8**__<br>☐ G ____ |
| 2.43 | **Warren Olsen** | 475 West 12th Avenue<br>Unit 7A<br>Denver, CO 80204<br>Performance Guarantee | **AKF, Inc. dba Fundkite** | ☐ D ____<br>■ E/F __**3.9**__<br>☐ G ____ |
| 2.44 | **Warren Olsen** | 475 West 12th Avenue<br>Unit 7A<br>Denver, CO 80204<br>Performance Guarantee | **AKF, Inc. dba Fundkite** | ☐ D ____<br>■ E/F __**3.10**__<br>☐ G ____ |

Debtor **Gallus Detox Services, Inc.**                    Case number *(if known)*  **23-15280**

---

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

*Column 1:* **Codebtor**                                                           *Column 2:* **Creditor**

---

| 2.45 | Warren Olsen | 475 West 12th Avenue<br>Unit 7A<br>Denver, CO 80204<br>Performance Guarantee | CloudFund, LLC | ■ D __2.2__<br>☐ E/F ____<br>☐ G ____ |

---

| 2.46 | Warren Olsen | 475 West 12th Avenue<br>Unit 7A<br>Denver, CO 80204<br>Performance Guarantee | G&G Funding Group, LLC | ■ D __2.3__<br>☐ E/F ____<br>☐ G ____ |

---

| 2.47 | Warren Olsen | 475 West 12th Avenue<br>Unit 7A<br>Denver, CO 80204<br>Performance Guarantee | Lionheart Funding, LLC | ■ D __2.4__<br>☐ E/F ____<br>☐ G ____ |

---

| 2.48 | Warren Olsen | 475 West 12th Avenue<br>Unit 7A<br>Denver, CO 80204<br>Performance Guarantee | MYNT Advance | ■ D __2.5__<br>☐ E/F ____<br>☐ G ____ |

---

**Fill in this information to identify the case:**

Debtor name **Gallus Detox Services, Inc.**

United States Bankruptcy Court for the: DISTRICT OF COLORADO

Case number (if known) **23-15280**

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:    Income**

1.  **Gross revenue from business**

    ■ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ☐ None.

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2023** to **Filing Date** | **Revenue From Clinics** | **$5,245,636.00** |
| **For prior year:**<br>From  **1/01/2022** to **12/31/2022** | **Revenue From Clinics** | **$6,628,731.00** |
| **For year before that:**<br>From  **1/01/2021** to **12/31/2021** | **Revenue From Clinics** | **$4,621,411.00** |

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer Check all that apply |
|---|---|---|---|

Debtor __Gallus Detox Services, Inc.__                                   Case number *(if known)* __23-15280__

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. **2 Street Investments** <br> **5430 E Wonderview Rd** <br> **Phoenix, AZ 85018** | **10/3/23** | **$10,000.00** | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☑ Services <br> ☑ Other **Contracted Services** |
| 3.2. **AC Merchandising** <br> **919 Conference Dr Ste 4158** <br> **Goodlettsville, TN 37072** | **8/14/23** <br> **$147.00** <br> **8/14/23** <br> **$1,500.00** <br> **8/14/23** <br> **$5,150.00** <br> **8/29/23** <br> **$5,000.00** <br> **9/14/23** <br> **$5,000.00** <br> **9/29/23** <br> **$5,000.00** <br> **10/16/23** <br> **$5,000.00** | **$26,797.00** | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☑ Services <br> ☑ Other **Digital Marketing Services** |
| 3.3. **C Squared** <br> **7779 W Phillips Ave** <br> **Littleton, CO 80128** | **9/26/23** <br> **$5,000.00** <br> **10/3/23** <br> **$5,000.00** <br> **10/11/23** <br> **$320.00** <br> **10/11/23** <br> **$4,680.00** <br> **10/17/23** <br> **$5,000.00** <br> **10/23/23** <br> **$5,000.00** <br> **10/31/23** <br> **$4,382.80** <br> **10/31/23** <br> **$617.20** <br> **11/6/23** <br> **$571.40** <br> **11/6/23** <br> **$4,428.60** | **$35,000.00** | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☑ Services <br> ☑ Other **IT Consulting** |
| 3.4. **IMA** <br> **PO Box 733835** <br> **Dallas, TX 75373-3835** | **9/6/23** | **$9,261.76** | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☐ Services <br> ☑ Other **Insurance** |
| 3.5. **Jennifer Marnowski** <br> **955 Cook St** <br> **Denver, CO 80206** | **9/6/23** <br> **$6,000.00** <br> **10/9/23** <br> **$6,000.00** | **$12,000.00** | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ☑ Suppliers or vendors <br> ☑ Services <br> ☐ Other___ |

Debtor **Gallus Detox Services, Inc.**  Case number *(if known)* 23-15280

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.6. **Kipu**<br>**55 Alhambra Plaza**<br>**Coral Gables, FL 33134** | 8/16/23<br>$558.08<br>8/16/23<br>$8,299.40<br>9/18/23<br>$3,185.79<br>9/18/23<br>$1,674.24<br>9/18/23<br>$6,768.69<br>10/17/23<br>$8,339.28 | $28,825.48 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Medical Records Software** |
| 3.7. **Reliabill**<br>**PO Box 790372**<br>**Saint Louis, MO 63179-0379** | 9/21/23 | $24,081.98 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>■ Other **Insurance Billing** |
| 3.8. **Webserv**<br>**32 Discovery Ste 32**<br>**Irvine, CA 92618** | 8/25/23<br>$15,000.00<br>8/28/23<br>$3,000.00<br>9/6/23<br>$3,000.00<br>10/10/23<br>$3,000.00<br>11/3/23<br>$2,500.00 | $26,500.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>■ Other **Digital Marketing** |
| 3.9. **Bank of America**<br>**PO Box 15220**<br>**Wilmington, DE 19886** | 10/24/23<br>$5,000.00<br>10/16/23<br>$5,000.00<br>10/13/23<br>$5,000.00<br>10/6/23<br>$5,000.00<br>9/25/23<br>$10,000.00 | $30,000.00 | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Credit Card** |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

Debtor   **Gallus Detox Services, Inc.**                         Case number *(if known)*   **23-15280**

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Douglas Weiss** <br><br> **Former CEO and Director** | **11/28/22 $3,179.23 (Reimburse ment) 3/1/23 $3,582.98 (Reimburse ment) 5/31/23 $1,027.40 (Interest Payment)** | **$7,789.61** | **Reimbursement and Interest Payment** |
| 4.2. **Warren Olsen** <br><br> **CEO and Director** | **2/28/23 $4,274.00 3/31/23 $9,277.37 5/31/23 $14,506.85** | **$28,058.22** | **Interest on Notes** |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**  **Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **ProConstruct, Inc. v. Gallus Detox Services, LLC 01-23-0000-4047** | **Collection** | **American Arbitration Association** | ■ Pending <br> ☐ On appeal <br> ☐ Concluded |

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

   ■ None

**Part 4:**  **Certain Gifts and Charitable Contributions**

Debtor   **Gallus Detox Services, Inc.**                                Case number *(if known)*  **23-15280**

9.  List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

---

### Part 5:   Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

---

### Part 6:   Certain Payments or Transfers

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Kutner Brinen Dickey Riley PC**<br>**1660 Lincoln Street, Suite 1720**<br>**Denver, CO 80264** | **Attorney Fees and Filing Fee** | **11/13/23** | **$43,738.00** |
| | Email or website address<br>**klr@kutnerlaw.com** | | | |
| | **Who made the payment, if not debtor?** | | | |

---

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

Debtor   **Gallus Detox Services, Inc.**                         Case number *(if known)*   **23-15280**

---

| **Part 7:** | **Previous Locations** |

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

| **Part 8:** | **Health Care Bankruptcies** |

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☐ No. Go to Part 9.

■ Yes. Fill in the information below.

| | Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|---|
| 15.1. | **Gallus Detox Denver (Related Company)** | **In Patient, Residential Medical Detoxification** | **Apx. 23** |
| | | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. **Electronically maintained by Debtor** | How are records kept? *Check all that apply:* ■ Electronically ☐ Paper |
| 15.2. | **Gallus Detox Scottsdale (Related Company** | **In Patient, Residential Medical Detoxification** | **Apx. 25** |
| | | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. **Electronically maintained by Debtor** | How are records kept? *Check all that apply:* ■ Electronically ☐ Paper |
| 15.3. | **Gallus Detox Dallas (Related Company)** | **In Patient, Residential Medical Detoxification** | **Apx. 11** |
| | | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. **Electronically maintained by Debtor** | How are records kept? *Check all that apply:* ■ Electronically ☐ Paper |
| 15.4. | **Galls Detox San Antonio (Related Company** | **In Patient, Residential Medical Detoxification** | **0, Clinic is Closed** |
| | | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. **Electronically maintained by Debtor** | How are records kept? *Check all that apply:* ■ Electronically ☐ Paper |
| 15.5. | **Gallus Detox Houston (Related Company)** | **In Patient, Residential Medical Detoxification** | **0, Clinic Opened 11/1** |
| | | Location where patient records are maintained (if different from | How are records kept? |

Debtor   **Gallus Detox Services, Inc.**                                    Case number *(if known)* **23-15280**

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| | facility address). If electronic, identify any service provider. **Electronically maintained by Debtor** | *Check all that apply:* ■ Electronically ☐ Paper |
| 15.6.   **Gallus Detox Las Vegas (Related Company)** | **In Patient, Residential Medical Detoxification** | **0, Clinic is Closed** |
| | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. **Electronically maintained by Debtor** | **How are records kept?** *Check all that apply:* ■ Electronically ☐ Paper |

---

## Part 9:   Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

☐ No.

■ Yes. State the nature of the information collected and retained.

**Personal Health Information**

Does the debtor have a privacy policy about that information?
☐ No
■ Yes

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.

■ Yes. Does the debtor serve as plan administrator?

  ■ No Go to Part 10.
  ☐ Yes. Fill in below:

## Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| | | | | |

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| | | | |

Debtor   **Gallus Detox Services, Inc.**                          Case number *(if known)*  **23-15280**

---

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

---

**Part 11:**   **Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

---

**Part 12:**   **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

---

**Part 13:**   **Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

---

| Debtor | **Gallus Detox Services, Inc.** | Case number *(if known)* **23-15280** |
|---|---|---|

| Business name address | Describe the nature of the business | Employer Identification number |
|---|---|---|
| | | Do not include Social Security number or ITIN. |
| | | **Dates business existed** |

26. **Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1. **Keith Baron** **817 S Grape St** **Denver, CO 80246** | **January 2020-November 2022** |
| 26a.2. **Robert Half** **1125 17th St., #900** **Denver, CO 80202** | **December 2022 - January 2015** |
| 26a.3. **Stacey Quintana** **8862 Ramblestone St.** **Highlands Ranch, CO 80129** | **January 2023 - Current** |
| 26a.4. **Richey May & Co** **9780 S. Meridian Blvd.** **Suite 500** **Englewood, CO 80112** | **January 2022 - current** |
| 26a.5. **CBIZ MHM Colorado** **4600 S Ulster St Ste. 900** **Denver, CO 80237** | **January 2021-December 2021** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. **Shareholders** | |
| 26c.2. **Potential Investors** | |
| 26c.3. **Board Members** | |
| 26c.4. **Landlords** | |
| 26c.5. **Bank statements provided to MCA Lenders** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

| Debtor | **Gallus Detox Services, Inc.** | Case number *(if known)* | **23-15280** |

■ None

| Name and address |

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Warren Olsen | 475 West 12th Avenue Unit 7A Denver, CO 80204 | Chairman, CEO | n/a |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Russel Matthews | 785 Niagara Street Denver, CO 80220 | President, COO, Director | n/a |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Edward Bozaan | 603 W 115th Street #207 New York, NY 10025 | Director | |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No

■ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Douglas Weiss | 1035 Monaco Parkway Denver, CO 80220 | CEO & Director | May 2021 - June 2023 |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Abinav Sankar | 409 Aspen Airport Business, Suite B Aspen, CO 81611 | Former Director | |

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

■ Yes. Identify below.

| Debtor | **Gallus Detox Services, Inc.** | Case number *(if known)* | **23-15280** |

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Edward Bozaan**<br>**603 W 115th Street #207**<br>**New York, NY 10025** | **5/12/23 - $944.02  - Expense Reimbursement**<br>**5/12/23 -$6,250.00 - Board Fees** | | |
| | **Relationship to debtor**<br>**Director** | | | |
| 30.2. | **Douglas Weiss**<br>**1035 Monaco Parkway**<br>**Denver, CO 80220** | **See Question 4** | | |
| | **Relationship to debtor**<br>**Former CEO** | | | |
| 30.3. | **Abinav Sankar**<br>**409 Aspen Airport Business, Suite B**<br>**Aspen, CO 81611** | **6/1/23 - $898.59**<br>**11/28/22 - $1,389.26** | | **Expense Reimbursement and Board Travel** |
| | **Relationship to debtor**<br>**Director** | | | |
| 30.4. | **Warren Olsen**<br>**475 West 12th Avenue**<br>**Unit 7A**<br>**Denver, CO 80204** | **See Question 4** | | |
| | **Relationship to debtor**<br>**CEO & Chairman** | | | |
| 30.5. | **Russel Matthews**<br>**785 Niagara Street**<br>**Denver, CO 80220** | **$513.70** | **5/31/23** | **Interest on Notes** |
| | **Relationship to debtor**<br>**COO, President** | | | |
| 30.6. | **Warren Olsen**<br>**475 West 12th Avenue**<br>**Unit 7A**<br>**Denver, CO 80204** | **$31,153.86** | **7/1/23 through 11/14/23** | **Salary** |
| | **Relationship to debtor**<br>**CEO and Chairman** | | | |
| 30.7. | **Russel Matthews**<br>**785 Niagara Street**<br>**Denver, CO 80220** | **$200,961.44** | **2023** | **Salary** |
| | **Relationship to debtor**<br>**President and COO** | | | |

Debtor  **Gallus Detox Services, Inc.**                                    Case number *(if known)*  **23-15280**

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.8. | **Douglas Weiss**<br>**1035 Monaco Parkway**<br>**Denver, CO 80220** | **$205,861.21** | **1/1/23 through 6/30/23** | **Salary** |
| | Relationship to debtor<br>**Former CEO** | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

**Part 14:   Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **November 28, 2023**

_____                    **Warren Olsen**
Signature of individual signing on behalf of the debtor       Printed name

Position or relationship to debtor   **Chief Executive Officer**

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
■ No
☐ Yes

# United States Bankruptcy Court
## District of Colorado

In re   **Gallus Detox Services, Inc.**

Debtor(s)

Case No.   **23-15280**

Chapter   **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Abinav Sankar**<br>**c/o Sopris Capital Associates, LLC**<br>**409 Aspen Airport Business Center**<br>**Suite B**<br>**Aspen, CO 81611** | | | |
| **Albert Allinson**<br>**47 Cedar Gate Road**<br>**Darien, CT 06820** | | | |
| **AMP Associates, LLC**<br>**c/o Sopris Capital Associates, LLC**<br>**409 Aspen Airport Business Center**<br>**Suite B**<br>**Aspen, CO 81611** | | | |
| **Andrew Miller**<br>**c/o Sopris Capital Associates, LLC**<br>**409 Aspen Airport Business Center**<br>**Suite B**<br>**Aspen, CO 81611** | | | |
| **Brad Allinson**<br>**33 Hundred Circle**<br>**Wellesley Hills, MA 02481** | | | |
| **Carl N. Miller III**<br>**2618 San Miguel Drive**<br>**Suite 469**<br>**Newport Beach, CA 92660** | | | |
| **Christian Lewis**<br>**10903 Towerbridge Road**<br>**Highlands Ranch, CO 80130** | | | |
| **Doug Weiss**<br>**1035 Monaco Parkway**<br>**Denver, CO 80220** | **Class B**<br>**Common Stock** | **736,518** | |
| **Doug Weiss**<br>**1035 Monaco Parkway**<br>**Denver, CO 80220** | **Series A-1** | **368,252** | |
| **Edwward Bozaan/Tracy Hanneman**<br>**603 West 115th Street**<br>**#207**<br>**New York, NY 10025** | | | |

Sheet 1 of 4 in List of Equity Security Holders

In re:   **Gallus Detox Services, Inc.** _____   Case No.   **23-15280** _____
                                                    Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS
## (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|

**Goal19 Inc.**
**2701 Phillips Street**
**Butte, MT 59701**

**Jason Smith**
**c/o Sopris Capital Associates, LLC**
**409 Aspen Airport Business Center**
**Suite B**
**Aspen, CO 81611**

**John Shano**
**919 Logtown Road**
**Ellicott City, MD 21043**

**Jon Koval**
**2525 Wewatta Way**
**Apt. 162**
**Denver, CO 80216**

**Justin Bonus**
**140 Dahlia Street**
**Denver, CO 80220**

**Laura Hermann**
**460 South Logan Street**
**Denver, CO 80209**

**Littlehorn Investments, LLC**
**5825 Bellflower Drive**
**Littleton, CO 80123**

**Mark Groner**
**c/o Sopris Capital Associates, LLC**
**409 Aspen Airport Business Center**
**Suite B**
**Aspen, CO 81611**

**Michael Dixon**
**140 North Lafayette Street**
**Denver, CO 80218**

**Michael Donnelly**
**3920 South Birch Street**
**Englewood, CO 80113**

List of equity security holders consists of 4 total page(s)

In re:  **Gallus Detox Services, Inc.**         Case No.  **23-15280**

Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS

(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|

**Miles Underwood**
**c/o Sopris Capital Associates, LLC**
**409 Aspen Airport Business Center**
**Suite B**
**Aspen, CO 81611**

**Mitchell Milias**
**21 Polo Club Drive**
**Denver, CO 80209**

**Pacific Financial Association, Inc.**
**22601 North 19th Avenue**
**#202**
**Phoenix, AZ 85027**

**Patrick Gallus**
**2701 Phillips Street**
**Butte, MT 59701**

**Paul Taylor**
**c/o Sopris Capital Associates, LLC**
**409 Aspen Airport Business Center**
**Suite B**
**Aspen, CO 81611**

**Russ Matthews**
**785 Niagara Street**
**Denver, CO 80220**

**Sara Montgomery**
**141 South Eudora Street**
**Denver, CO 80246**

**SCB Global Healthcare Services LLC**
**225 East 16th Avenue**
**Suite 1100**
**Denver, CO 80203**

**Shannon Weir**
**188 East Jefferson Street**
**Apt. 1212**
**Phoenix, AZ 85004**

**Stanhope Reed Rigby LLC**
**321 West 78th Street**
**Apt. 6B**
**New York, NY 10024**

List of equity security holders consists of 4 total page(s)

In re:   **Gallus Detox Services, Inc.**                                          Case No.   **23-15280**

                                      Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|

**Stuart Horsfall**
**9469 Memory Lane**
**Longmont, CO 80504**

**Thomas Rogan**
**5689 South Hillside Street**
**Greenwood Village, CO 80111**

**Vickram Pradhan**
**c/o Sopris Capital Associates, LLC**
**409 Aspen Airport Business Center**
**Suite B**
**Aspen, CO 81611**

**Walter van Woudenberg**
**c/o Chasefield Capital**
**900 South Wadsworth Blvd.**
**Suite 480**
**Lakewood, CO 80235**

**Warren Olsen**
**475 West 12th Avenue**
**Unit 7A**
**Denver, CO 80204**

**Whitney Knier**
**213 Nottingham Road**
**Richmond, VA 23221**

**Yellow Lab Properties LP**
**6628 Carston Court**
**North Richland Hills, TX 76180**

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Chief Executive Officer** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **November 28, 2023**                    Signature
                                                           **Warren Olsen**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

List of equity security holders consists of 4 total page(s)