UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Case No. 23-15280-JGR |
| GALLUS DETOX SERVICES, INC. | ) | Chapter 11 |
| EIN: 88-2490456 | ) | |
| | ) | |
| Debtor. | ) | |
| GALLUS DETOX DENVER, LLC | ) | Case No. 23-15283-JGR |
| EIN: 84-3421544 | ) | |
| | ) | Chapter 11 |
| Debtor. | ) | |
| GALLUS DETOX SCOTTSDALE, LLC | ) | Case No. 23-15284-JGR |
| EIN: 47-2515577 | ) | |
| | ) | Chapter 11 |
| Debtor. | ) | |
| GALLUS DETOX DALLAS, PLLC, | ) | Case No. 23-15285-JGR |
| EIN: 87-2068937 | ) | |
| | ) | Chapter 11 |
| Debtor. | ) | |

**STATUS REPORT PURSUANT TO 11 U.S.C. § 1188**

The Debtors, Gallus Detox Services, Inc. ("GDS"), Gallus Detox Denver, LLC ("Denver"), Gallus Detox Scottsdale, LLC ("Scottsdale"), and Gallus Detox Dallas, PLLC ("Dallas" and together "Debtors"), by and through their attorneys, Kutner Brinen Dickey Riley, P.C., state their Status Report Pursuant to 11 U.S.C. § 1188 as follows:

1. The Debtors filed their respective Voluntary Petitions pursuant to Chapter 11 of the Bankruptcy Code on November 14, 2023. The cases are jointly administered under Case No. 23-15280-JGR, and the Debtors remain debtors in possession and are in operation of its business pursuant to 11 U.S.C. §§ 1107, 1108 and 1182.

2. GDS is a Delaware corporation with its principal place of business located in Denver, Colorado. GDS is engaged in business as the agent and manager of detoxification clinics located in Denver, Colorado, Scottsdale, Arizona, and Dallas and Houston, Texas. Denver, Scottsdale, and Dallas are managed by GDS in all respects, including employee management, financial management, and operational management.

3. Post-petition, the Debtors have continued to engage in restructuring efforts, including reducing its overall staff size and closing unprofitable locations.

4. The Debtors maintain full insurance for all locations and estate assets.

5. The Debtors have negotiated plan treatment is addition to treatment during the bankruptcy case for three of its secured creditors. The Debtors have exchanged drafts of stipulations with such creditors and anticipate finalizing the stipulations soon.

6. The Debtors are currently working with landlords regarding the cure of pre- and post-petition of leases that the Debtors intend to assume, and will be rejecting a number of leases for locations that are closed or where a clinic was never opened in the coming weeks.

7. The Debtors anticipate filing a Plan of Reorganization on or before the 90th day, which Plan will be a joint plan. The Debtors anticipate that the largest factor in the Plan being consensual will be the treatment of administrative expenses under the Plan, including professional fees and unpaid rent. The treatment of any monetary cures will also be a crucial factor in the Debtors' reorganization efforts. The Debtors have begun discussions with landlords to fully effectuate this process.

8. A patient care ombudsman has been appointed in these cases. The Debtors have timely responded to all requests for information from the ombudsman and have provided significant information to the ombudsman.

DATED: January 4, 2024                    Respectfully Submitted,

By:   *s/ Keri L. Riley*
    Keri L. Riley, #47605
    **KUTNER BRINEN DICKEY RILEY, P.C.**
    1660 Lincoln Street, Suite 1720
    Denver, CO 80264
    Telephone: (303) 832-2400
    Telephone: (303) 832-2910
    Email: klr@kutnerlaw.com