UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Case No. 23-15280-JGR |
| GALLUS DETOX SERVICES, INC. | ) | Chapter 11 |
| EIN: 88-2490456 | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |
| GALLUS DETOX DENVER, LLC | ) | Case No. 23-15283-JGR |
| EIN: 84-3421544 | ) | |
| | ) | Chapter 11 |
| Debtor. | ) | |
| | ) | |
| GALLUS DETOX SCOTTSDALE, LLC | ) | Case No. 23-15284-JGR |
| EIN: 47-2515577 | ) | |
| | ) | Chapter 11 |
| Debtor. | ) | |
| | ) | |
| GALLUS DETOX DALLAS, PLLC, | ) | Case No. 23-15285-JGR |
| EIN: 87-2068937 | ) | |
| | ) | Chapter 11 |
| Debtor. | ) | |

**DECLARATION OF WARREN OLSEN IN SUPPORT OF THIRD AMENDED PLAN OF REORGANIZATION DATED FEBRUARY 12, 2024**

I, Warren Olsen, hereby depose and state as follows:

1.     I, Warren Olsen, am the Chief Executive Officer of Gallus Detox Services, Inc. ("GDS").  I am also the designated representative of Gallus Detox Denver, LLC ("Denver"), Gallus Detox Scottsdale, LLC ("Scottsdale"), and Gallus Detox Dallas, PLLC ("Dallas") pursuant to the respective management agreements between Denver, Scottsdale, Dallas, and GDS.

2.     I have been involved in all aspects of the Chapter 11 process for the Debtors and I am familiar with the Third Amended Plan of Reorganization Dated February 12, 2024 ("Plan")(Docket No. 323).  To the best of my knowledge and belief, the statements contained in the Plan regarding the Debtors' history, assets, and liabilities remain true and correct.

3.     I am familiar with the Debtors' financial affairs and with all the pleadings filed in this case, including the Plan.

1

4.      An extensive history of the Debtors can be found in the Debtors' Plan.  The acute cause of the Debtors' financial distress was a combination of over expansion by GDS that was limited by construction delays in new clinics, resulting in cash shortfalls at GDS.  To fund cash needs of the businesses, the Debtors entered into a number of Merchant Cash Advance agreements to bolster cash flow.  These high interest loans caused a further cash burden to the Debtors' resulting in the Debtors filing their Voluntary Petitions for relief pursuant to Chapter 11, Subchapter V on November 14, 2023 in order to restructure their debts and continue to operate as a going concern.

5.      The Debtors operate as a joint enterprise, with GDS serving as the agent and manager of Denver, Dallas, and Scottsdale, all three of which run detoxification clinics.

6.      During the Debtors' bankruptcy cases, the Debtors have made significant strides in returning to profitability, including going in network with Blue Cross/Blue Shield as to Dallas, significantly reducing corporate overhead expenses as to GDS, and opening the Intensive Out-Patient Program to operate in Colorado and provide additional cash flow to the entire enterprise.

7.      The Plan complies with all of the provisions of Chapter 11, Subchapter V of the Bankruptcy Code.  The Debtors have complied with all orders issued by the Bankruptcy Court and have prepared and filed the Plan and all prior iterations thereof.

8.      The Plan was served on all creditors and parties in interest.  Since servicing the Plan, the Plan has undergone several amendments to address the concerns and objections raised by several parties.

9.      The Plan has been proposed in good faith by the Debtors in an effort to repay unsecured creditors in this case significantly more than they would otherwise receive in a Chapter 7 bankruptcy case. The Debtors have provided a detailed analysis of their financial results prior to and during the case to establish that creditors are receiving more than they would receive in a Chapter 7 bankruptcy case.

10.     All payments made by the Debtors in connection with the Bankruptcy case, including payments to bankruptcy counsel, have been disclosed and approved by, or are subject to the approval of, this Court.

11.     The Debtors have disclosed in the identity and affiliations of any individual proposed to effectuate the terms of the Plan.  Russell Matthews and I will be appointed to effectuate the Plan and carry out the terms of the Plan.  Both of us have agreed not to take a salary until

January 2025, and are receiving common stock in the reorganized GDS as partial compensation, as well as certain other protections provided to post- and pre- petition lenders.

12.     There is no governmental regulatory commission with jurisdiction over any rates related to the Plan.

13.     Each class of claims or interests has accepted the Plan, is deemed to have accepted the Plan, or is not impaired by the Plan, without including any acceptance of the Plan by any insider. The Debtor has filed a Supplemental Summary of Voting Results with the Court. Subject to the Court's approval of two Stipulations, all classes of creditors have voted to accept the Plan or are deemed to have accepted the Plan.

14.     Notwithstanding the acceptance of the Plan by each class of creditors, the Debtors' Plan is fair and equitable, does not discriminate unfairly, and is feasible.  The Debtors are committing at least the amount of their projected net revenue for a period of not less than three (3) years to the Plan.

15.     The Plan further contains adequate default provisions and protections for creditors under the Plan.  The Plan does not substantively consolidate the four Debtor entities, but does propose that they continue to operate as a joint enterprise, with funds flowing between the clinics and GDS as the corporate services for the respective clinics, and GDS contributing funds to payment of creditors based on the cash flow of all entities.  To ensure that creditors receive the intended benefit under the Plan, the Debtors are all guarantors of all payments to be made under the Plan and there is joint and several liability for all payments under the Plan between each of the Debtors pursuant to Paragraph 12.3.1 of the Plan.

16.      The Debtors believe that all objections to confirmation of the Debtors' Plan have been resolved. The Third Amended Plan incorporates a Stipulation that, subject to court approval, resolves the objection of F2920m Property Management in addition to other issues.  The Third Amended Plan further incorporates amendments discussed and negotiated with Pharmerica, the United States Trustee, and the Subchapter V Trustee to resolve their objections to confirmation of the Plan. A detailed response and redlines have been filed on October 8, 2024.

17.     The Plan as proposed is feasible and is not likely to be followed by a subsequent liquidation or need for reorganization.  The Debtors projections show that there will be losses for the first year of the Plan that the Debtors will need additional funding to cover the cash shortfalls projected for the first year.  The Debtors have secured such funding in the form of a $750,000 exit

loan from Walter van Woudenberg that will be advanced on the same terms as his previously approved post-petition loans extended during the case. The $750,000 loan will ensure that the Debtors have sufficient cash flow to cover all anticipated losses while the Debtors complete their restructuring process and return to profitability.

18.     Tax claimants pursuant to 11 U.S.C. § 507(a)(8) shall be paid in accordance with the Plan on the Effective Date of the Plan, or over time as agreed by such tax claimants.

19.     The Debtors reaffirm the statements in the Plan and in particular, the financial information contained therein.

20.     The Debtors are not required to pay any fees under 28 U.S.C. § 1930.

21.     The Debtors do not currently provide retirement benefits.

The foregoing Declaration is true and correct to the best of my knowledge and belief.


DATED: October 8, 2024                    **GALLUS DETOX SERVICES, INC.**

                                           By: _s/_ _____
                                               Warren Olsen, CEO

DATED: October 8, 2024                    **GALLUS DETOX DENVER, LLC**

                                           By: _s/_ _____
                                               Warren Olsen, as Agent


DATED: October 8, 2024                    **GALLUS DETOX SCOTTSDALE, LLC**

                                           By: _s/_ _____
                                               Warren Olsen, as Agent


DATED: October 8, 2024                    **GALLUS DETOX DALLAS, PLLC**

                                           By: _s/_ _____
                                               Warren Olsen, as Agent